UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

JOHN CRAIG,                                                 CIVIL NO. 03-5279 (MJD/JSM)

      Plaintiff,

v.                                                                    <u>ORDER</u>

PILLSBURY PENSION PLAN, et al.,

      Defendants.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated December 28, 2005. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

      IT IS HEREBY ORDERED that:

Plaintiff's Motion for Attorney's Fees and Costs [Docket No. 47] is **DENIED** without prejudice.

DATE: January 23, 2006

                                             <u>s / Michael J. Davis</u>
                                             MICHAEL J. DAVIS
                                             United States District Court Judge